IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLINTON WEBB                                §
                                            §
              Petitioner,                   §
                                            §
VS.                                         §
                                            §    NO. 3-06-CV-2259-D
NATHANIEL QUARTERMAN, Director              §
Texas Department of Criminal Justice,       §
Correctional Institutions Division          §
                                            §
              Respondent.                   §

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the findings

and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C.

§ 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are

correct, and they are hereby accepted as the findings of the court.

**SO ORDERED**.

November 21, 2007.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE